UNITED STATES DISTRCT COURT
DISTRICT OF MINNESOTA

Randi Handwerk, et al,

        Plaintiffs,

v.                                    Civil No. 21-0351 (MJD/TNL)

Bayer CropScience LP, et al.,

        Defendants.

--------------------------------------------------------

Kenneth Beck, et al,

        Plaintiffs,

v.                                    Civil No. 21-0996 (PJS/KMM)

Bayer CropScience LP, et al,

        Defendants.

--------------------------------------------------------

**ORDER OF DIRECTION TO THE CLERK OF COURT
FOR REASSIGNMENT OF RELATED CASE**

Case No. 21-0351 (MJD/TNL) having been assigned to Judge Michael J. Davis and Magistrate Judge Tony N. Leung and Case No. 21-0996 (PJS/KMM) having later been assigned to Judge Patrick J. Schiltz and Magistrate Judge Kate M. Menendez, and said matters being related cases,

2

**IT IS HEREBY ORDERED** that Case No. 21-0996 (PJS/KMM) be assigned to Judge Michael J. Davis and Magistrate Judge Tony L. Leung, nunc pro tunc, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this Order shall be filed in each of the above respective files.

Dated: April 20, 2021                     s/Michael J. Davis
                                          Michael J. Davis
                                          United States District Judge


Dated: April 20, 2021                      s/Patrick J. Schiltz
                                          Patrick J. Schiltz
                                          United States District Judge